# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>   Plaintiff,<br><br> v.<br><br>K. DAVEIGA, et al.,<br><br>   Defendants. | Case No.: 1:16-cv-01164-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEAL NOTICE OF SETTLEMENT NEGOTIATIONS, FILED BY PLAINTIFF ON APRIL 17, 2017<br><br>[ECF No. 21] |

  Plaintiff Darren Henderson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On April 17, 2017, Plaintiff filed a notice of settlement negotiations. Because of the confidential nature of settlement negotiations, the Court hereby directs the Clerk of Court to seal the notice filed by Plaintiff on April 17, 2017 (Doc. No. 21). Local Rule 270.

IT IS SO ORDERED.

Dated: **April 19, 2017**

               UNITED STATES MAGISTRATE JUDGE

1